# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Scott Rodriguez Serrano,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:20-cv-00019-KDB |
| | ) | 5:18-cr-00027-KDB-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2020 Order.

June 2, 2020

Frank G. Johns, Clerk
United States District Court